Ralph P. Guenther, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER LAW GROUP
1000 Pajaro Street, Suite C
Salinas CA 93901

(831) 783-3440

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                              Case No. 22-50440 HLB

    JOHN M. FEJES,                         Chapter 13

        Debtor.
_____/

**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING**

    Debtor opposes the trustee's Motion to Dismiss filed as Doc# 42, and states as follows:

    Debtor has provided the trustee with a copy of a profit and loss statement for his business. This should resolve Point # 1 of Trustee's Sixth Amended Objection.

    Debtor has contacted his accountant to request a copy of payroll tax returns and the 2021 corpoarate tax returns for Debtor's medical corporation. Debtor's counsel will forward to Trustee upon receipt. Debtor will also seek clarification from his accountant regarding the figure for taxes withheld in his Schedule I.

    Debtor is current on his plan payments to the trustee.

    For these reasons, Debtor respectfully requests that the Court deny the trustee's Motion to Dismiss. In the alternative, Debtor requests that the trustee set a hearing on her Motion to Dismiss.

Dated: January 9, 2023        **GUENTHER LAW GROUP**

                                        */s/ Ralph P. Guenther*
                                        Ralph P. Guenther, Esq.
                                        Attorneys for Debtor

# CERTIFICATE OF SERVICE

I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 1000 Pajaro Street, Suite C, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at Guenther Law Group is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 9, 2023** a true and accurate photo-copy of the following documents:

**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING**

was placed for service, in Guenther Law Group's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>***Served Electronically Only*** | **Chapter 13 Trustee**<br>Devin Derham-Burk, Trustee<br>P.O. Box 50013<br>San Jose, CA 95150<br>***Served Electronically Only*** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **January 9, 2023,** at Salinas, California.

*/s/ Laura Galvan*
Laura Galvan